IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMONIQUE SHAW-GASTON, individually and on behalf of similarly situated persons, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:25-CV-1259-E |
| IMPERIAL RECOVERY SERVICES, INC., | § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND ORDER COMPELLING ARBITRATION**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the FCR. The Court therefore **GRANTS** the parties' agreed motion to stay pending arbitration [Dkt. No. 16] and **DENIES AS MOOT** Defendant's motion to compel arbitration or, alternatively, to dismiss the complaint.

**IT IS ORDERED THAT**:

1. This action is STAYED pending the outcome of arbitrations.

2. This case is ADMINISTRATIVELY CLOSED for statistical purposes, pending resolution of the arbitration. The Court instructs the Clerk of the Court to administratively close this case.

4.  The Parties shall not make further filings in this case except (i) for the reports regarding the status of arbitration—instructed hereunder—and (ii) on leave of court.  *Inter alia*, the case may be re-opened in the future, without payment of filing fees, upon written motion from any party after conclusion of all arbitration proceedings.

5.  Upon conclusion of the arbitrations, the parties shall notify the Court of their conclusion and file dismissal papers, as appropriate.

**THIS IS NOT A FINAL JUDGMENT.**

SO ORDERED on this 28th day of May, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE